## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| CLARENCE FOSTER, | ) |
| Plaintiff, | ) |
| v. | ) CV 03-C-3293-W |
| WARDEN ESTEESE, et. al., | ) |
| Defendants. | ) |

**ENTERED AUG 1 0 2004**

### MEMORANDUM OF OPINION

On June 30, 2004, the magistrate judge entered a report and recommendation in this action filed pursuant to 42 U.S.C. § 1983, recommending that plaintiff's due process claims against all defendants be dismissed without prejudice, and plaintiff's interference with medical care claims against all defendants be dismissed with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). On July 14, 2004, plaintiff filed objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, plaintiff's due process claims against all defendants are due to be DISMISSED WITHOUT PREJUDICE, and plaintiff's interference with medical care claims against all defendants are due to be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). An appropriate order will be entered.

DATED this 9th day of August, 2004.

Chief United States District Judge

16